UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-20988-CIV-GARBER

NESTOR AMOREO,

    Plaintiff,

v.

BESTPROP, INC., a Florida
corporation, d/b/a Remax
Bestseller Realty, et al.,

    Defendants.
_____/

**FINAL JUDGMENT**

THIS CAUSE is before the Court on plaintiff Nestor Amoreo's Motion for Default Final Judgment against defendant Bestprop, Inc. [DE 29] and plaintiff's Verified Motion for Attorneys' Fees and Costs [DE 30].

On January 22, 2009, the Court granted plaintiff's motion for the entry of a default because the defendant Bestprop, Inc., a corporation, had failed to retain counsel as required. F.T.C. v. Gem Merchandising Corp., 1995 WL 623168 (11th Cir. 1995). One of the consequences of defaulting is that a defendant "admits . . . plaintiff's well-pleaded allegations of fact." Buchanan v. Bowman, 820 F.2d 359, 361 (11th Cir. 1987)(quoting Nishimatsu Conts. Co., Ltd., 515 F.2d 1200, 1206 (5th Cir. 1975)). So while the plaintiff must submit a sufficient basis to support an entry of a default judgment, Nishimatsu Conts. Co., 515 F.2d at 1206, his well-pleaded facts can offer such a basis. Plaintiff seeks $22,154.00 in unpaid overtime. As this amount is well supported by plaintiff's affidavit [DE 32-2], plaintiff Nestor Amoreo's Motion for Default Final Judgment is GRANTED.

Plaintiff also seeks $3,240.00 in attorneys' fees and $490.00 in costs. Under the Fair Labor Standards Act, when a plaintiff prevails the Court should "allow a reasonable attorney's fee to be paid by the defendant, and costs of the action." 29 U.S.C. § 216(b). As the Court has examined the fee request, and finds both the number of hours sought and the hourly rate reasonable, plaintiff Nestor Amoreo's Verified Motion for Attorneys' Fees is GRANTED.

Accordingly, it is hereby

ORDERED that Plaintiff, Nestor Amoreo, 2516 S.W. 8th Street, #1 Miami, Florida 33135, shall recover from Defendant Bestprop, Inc., a Florida corporation, the sum of $22,154.00, as principal, together with reasonable and necessary attorneys' fees in the sum of $ 3,240.00 and costs in the sum of $490.00 for the total amount of $25,884.00, for which let execution issue.

DONE AND ORDERED in Chambers at Miami, Florida this 9th day of March 2009.

_____
BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE