UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-20988-CIV-GARBER

NESTOR AMOREO, and others
similarly situated,

    Plaintiffs,

v.

BESTPROP, INC. a Florida
corporation d/b/a Remax
Bestseller Realty; OPTIMAR
REALTY GROUP, LLC, a Florida
limited liability company; and
FERNANDO ALPERN, individually,

    Defendants.
_____/

## ORDER

THIS CAUSE is before the Court on the parties' Joint Stipulation for Dismissal With Prejudice [DE 58]. Upon due consideration of same and the Court being advised in the premises, it is hereby

ORDERED that said Stipulation is ratified and adopted by the Court. This cause is hereby **Dismissed with Prejudice.** All pending motions are denied as moot and the Clerk of Court shall close this case.

DONE AND ORDERED in Chambers at Miami, Florida this 23rd day of October, 2009.

                                                  _____
                                                BARRY L. GARBER
                                                UNITED STATES MAGISTRATE JUDGE